# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BORG, GERALD E.                                    Case No.  07-72017
BORG, LYNN M.

                                                          Chapter   7
_____ ,
                    Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $137,862.59                Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,935.66     Claims Discharged
                                                Without Payment: $54,799.72

Total Expenses of Administration:  $8,253.98

3)  Total gross receipts of $    19,189.64    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00       (see **Exhibit 2** ), yielded net receipts of $19,189.64 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,253.98 | 8,253.98 | 8,253.98 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 66,535.38 | 65,735.38 | 10,935.66 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,789.36 | $73,989.36 | $19,189.64 |

4) This case was originally filed under Chapter 7 on August 24, 2007. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2011            By: /s/BRADLEY J. WALLER
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2841 LINDAHL RD. DELUTH, MN 55810, H IS 1/6TH OW | 1110-000 | 19,166.67 |
| Interest Income | 1270-000 | 22.97 |
| **TOTAL GROSS RECEIPTS** | | **$19,189.64** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 2,668.96 | 2,668.96 | 2,668.96 |
| BRADLEY J. WALLER | 2200-000 | N/A | 165.50 | 165.50 | 165.50 |
| Lee G. Schwendner | 3410-000 | N/A | 2,457.50 | 2,457.50 | 2,457.50 |
| United States Treasury | 2810-000 | N/A | 109.00 | 109.00 | 109.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Illinois Department of Revenue | 2810-000 | N/A | 192.00 | 192.00 | 192.00 |
| Minnesota Revenue | 2820-000 | N/A | 115.00 | 115.00 | 115.00 |
| Prodigy Real Estate | 2500-000 | N/A | 875.00 | 875.00 | 875.00 |
| Prodigy Real Estate | 2500-000 | N/A | 29.17 | 29.17 | 29.17 |
| Natonal Title Duluth Inc. | 2500-000 | N/A | 33.33 | 33.33 | 33.33 |
| National Title Duluth Inc. | 2500-000 | N/A | 16.67 | 16.67 | 16.67 |
| National Title Duluth Inc. | 2500-000 | N/A | 29.17 | 29.17 | 29.17 |
| National Title Duluth, Inc | 2820-000 | N/A | 7.66 | 7.66 | 7.66 |
| National Title Duluth, Inc | 2500-000 | N/A | 63.25 | 63.25 | 63.25 |
| St. Louis County Auditor | 2500-000 | N/A | 30.67 | 30.67 | 30.67 |
| St. Louis County Auditor | 2500-000 | N/A | 10.54 | 10.54 | 10.54 |
| Richard A. Borg | 2500-000 | N/A | 1,307.24 | 1,307.24 | 1,307.24 |
| National Title Duluth, Inc | 2500-000 | N/A | 59.99 | 59.99 | 59.99 |
| Prodigy Real Estate | 2500-000 | N/A | 83.33 | 83.33 | 83.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,253.98 | 8,253.98 | 8,253.98 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | None | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC' | 7100-000 | N/A | 8,982.59 | 8,982.59 | 1,496.46 |
| 2 | Capital Recovery II | 7100-000 | N/A | 947.21 | 947.21 | 157.80 |
| 3 | AMERICAN GENERAL FINANCE | 7100-000 | N/A | 1,360.17 | 560.17 | 0.00 |
| 4 | DC Communications | 7100-000 | N/A | 206.60 | 206.60 | 34.42 |
| 5 | Innovative Merchant Solutions | 7100-000 | N/A | 52.08 | 52.08 | 8.68 |
| 6 | Sauk Valley Newspapers | 7100-000 | N/A | 248.64 | 248.64 | 41.42 |
| 7 | EMC Insurance Companies | 7100-000 | N/A | 4,518.27 | 4,518.27 | 752.72 |
| 8 | Chase Bank USA, NA | 7100-000 | N/A | 10,882.47 | 10,882.47 | 1,812.97 |
| 9 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 19,439.62 | 19,439.62 | 3,238.55 |
| 10 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 19,804.41 | 19,804.41 | 3,299.32 |
| | US Bankruptcy Clerk | 7100-910 | N/A | 93.32 | 93.32 | 93.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 66,535.38 | 65,735.38 | 10,935.66 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-72017

**Case Name:**   BORG, GERALD E.
   BORG, LYNN M.

**Period Ending:** 05/04/11

**Trustee:**   (330501)   BRADLEY J. WALLER

**Filed (f) or Converted (c):** 08/24/07 (f)

**§341(a) Meeting Date:**   10/12/07

**Claims Bar Date:**   07/31/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE LOCATED AT: 516 N. DEMENT 61021 | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2841 LINDAHL RD. DELUTH, MN 55810, H IS 1/6TH OW | 16,000.00 | 16,620.65 | | 19,166.67 | FA |
| 3 | 2 CUSTODIAL SAVINGS ACCOUNTS WITH AMCORE BANK | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING ACCOUNT WITH AMCORE BANK | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | MISC. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | CLOTHING | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | 4 TERM POLICIES WITH FARMERS INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | TERM POLICY FROM EMPLOYMENT AT CGB | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401K | 130.00 | 0.00 | DA | 0.00 | FA |
| 10 | PROFIT SHARING PLAN | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 11 | 700 SHARES OF MEDIZONE STOCK (MZEI) | 2.59 | 0.00 | DA | 0.00 | FA |
| 12 | 100% OWNER OF BFF INC. ASSETS: PAINT SPRAYER, PN | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2004 CHRYSLER SEBRING | 6,340.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1996 TOYOTA TACOMA | 1,890.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1990 OLSDMOBILE CUTLASS | 300.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 22.97 | FA |
| 16 | **Assets**    **Totals** (Excluding unknown values) | **$153,862.59** | **$16,620.65** | | **$19,189.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaiting prompt determination letters

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008

**Current Projected Date Of Final Report (TFR):**   March 30, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-72017
**Case Name:** BORG, GERALD E.
BORG, LYNN M.
**Taxpayer ID #:** **-***1286
**Period Ending:** 05/04/11

**Trustee:** BRADLEY J. WALLER (330501)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****76-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/15/08 | | National Title Duluth, Inc | per court order 04/09/08 | | | 16,620.65 | | 16,620.65 |
| | {2} | National Title Duluth Inc. | Proceeds from sale of real estate | 19,166.67 | 1110-000 | | | 16,620.65 |
| | | Prodigy Real Estate | Real estate commission | -875.00 | 2500-000 | | | 16,620.65 |
| | | Prodigy Real Estate | Administration fee | -29.17 | 2500-000 | | | 16,620.65 |
| | | Natonal Title Duluth Inc. | Abstract/Title search | -33.33 | 2500-000 | | | 16,620.65 |
| | | National Title Duluth Inc. | Disbursement fee | -16.67 | 2500-000 | | | 16,620.65 |
| | | National Title Duluth Inc. | Doc Prep/Courier Fees | -29.17 | 2500-000 | | | 16,620.65 |
| | | | Recording fees | -7.66 | 2820-000 | | | 16,620.65 |
| | | | Revenue Stamps | -63.25 | 2500-000 | | | 16,620.65 |
| | | St. Louis County Auditor | Recording Fees - Bankruptcy Docs & Deeds | -30.67 | 2500-000 | | | 16,620.65 |
| | | St. Louis County Auditor | State Deed Tax-Trustee's Deed | -10.54 | 2500-000 | | | 16,620.65 |
| | | Richard A. Borg | Expense Reimbursement | -1,307.24 | 2500-000 | | | 16,620.65 |
| | | | Real Estate taxes | -59.99 | 2500-000 | | | 16,620.65 |
| | | Prodigy Real Estate | Deposit retained by broker | -83.33 | 2500-000 | | | 16,620.65 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | | 1270-000 | 0.81 | | 16,621.46 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | | 1270-000 | 2.11 | | 16,623.57 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | | 1270-000 | 2.11 | | 16,625.68 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | | 1270-000 | 1.97 | | 16,627.65 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | | 1270-000 | 2.18 | | 16,629.83 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | | 1270-000 | 1.81 | | 16,631.64 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | | 1270-000 | 1.30 | | 16,632.94 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.17 | | 16,634.11 |
| 01/12/09 | 1001 | United States Treasury | 2007 Tax Return | | 2810-000 | | 109.00 | 16,525.11 |
| 01/12/09 | 1002 | Illinois Department of Revenue | | | 2810-000 | | 192.00 | 16,333.11 |
| 01/12/09 | 1003 | Minnesota Revenue | | | 2820-000 | | 115.00 | 16,218.11 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.67 | | 16,218.78 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.61 | | 16,219.39 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.70 | | 16,220.09 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.66 | | 16,220.75 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.63 | | 16,221.38 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.70 | | 16,222.08 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.68 | | 16,222.76 |

Subtotals :           $16,638.76          $416.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-72017

**Case Name:** BORG, GERALD E.
BORG, LYNN M.

**Taxpayer ID #:** **-***1286

**Period Ending:** 05/04/11

**Trustee:** BRADLEY J. WALLER (330501)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****76-65 - Money Market Account

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.68 | | 16,223.44 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.66 | | 16,224.10 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.66 | | 16,224.76 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.68 | | 16,225.44 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.68 | | 16,226.12 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.63 | | 16,226.75 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.61 | | 16,227.36 |
| 03/11/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.26 | | 16,227.62 |
| 03/11/10 | | To Account #********7666 | | 9999-000 | | 16,227.62 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 16,643.62 | 16,643.62 | $0.00 |
| Less: Bank Transfers | | 0.00 | 16,227.62 | |
| **Subtotal** | | 16,643.62 | 416.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$16,643.62** | **$416.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-72017

**Case Name:** BORG, GERALD E.
BORG, LYNN M.

**Taxpayer ID #:** **-***1286

**Period Ending:** 05/04/11

**Trustee:** BRADLEY J. WALLER (330501)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****76-66 - Checking Account

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/10 | | From Account #********7665 | | 9999-000 | 16,227.62 | | 16,227.62 |
| 04/06/10 | | Wire out to BNYM account 9200******7666 | Wire out to BNYM account 9200******7666 | 9999-000 | -16,227.62 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:**  07-72017

**Case Name:**  BORG, GERALD E.
BORG, LYNN M.

**Taxpayer ID #:**  **-***1286

**Period Ending:**  05/04/11

**Trustee:**  BRADLEY J. WALLER (330501)

**Bank Name:**  The Bank of New York Mellon

**Account:**  9200-******76-66 - Checking Account

**Blanket Bond:**  $5,000,000.00  (per case limit)

**Separate Bond:**  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7666 | Wire in from JPMorgan Chase Bank, N.A. account ********7666 | 9999-000 | 16,227.62 | | 16,227.62 |
| 04/21/10 | 10101 | BRADLEY J. WALLER | Dividend paid 100.00% on $165.50, Trustee Expenses;  Reference: | 2200-000 | | 165.50 | 16,062.12 |
| 04/21/10 | 10102 | BRADLEY J. WALLER | Dividend paid 100.00% on $2,668.96, Trustee Compensation;  Reference: | 2100-000 | | 2,668.96 | 13,393.16 |
| 04/21/10 | 10103 | Lee G. Schwendner | Dividend paid 100.00% on $2,457.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,457.50 | 10,935.66 |
| 04/21/10 | 10104 | Discover Bank/DFS Services LLC' | Dividend paid  16.65% on $8,982.59; Claim# 1; Filed: $8,982.59; Reference: | 7100-000 | | 1,496.46 | 9,439.20 |
| 04/21/10 | 10105 | Capital Recovery II | Dividend paid  16.65% on $947.21; Claim# 2; Filed: $947.21; Reference: | 7100-000 | | 157.80 | 9,281.40 |
| 04/21/10 | 10106 | AMERICAN GENERAL FINANCE | Dividend paid  16.65% on $560.17; Claim# 3; Filed: $1,360.17; Reference: Voided on 07/29/10 | 7100-000 | | 93.32 | 9,188.08 |
| 04/21/10 | 10107 | DC Communications | Dividend paid  16.65% on $206.60; Claim# 4; Filed: $206.60; Reference: | 7100-000 | | 34.42 | 9,153.66 |
| 04/21/10 | 10108 | Innovative Merchant Solutions | Dividend paid  16.65% on $52.08; Claim# 5; Filed: $52.08; Reference: | 7100-000 | | 8.68 | 9,144.98 |
| 04/21/10 | 10109 | Sauk Valley Newspapers | Dividend paid  16.65% on $248.64; Claim# 6; Filed: $248.64; Reference: | 7100-000 | | 41.42 | 9,103.56 |
| 04/21/10 | 10110 | EMC Insurance Companies | Dividend paid  16.65% on $4,518.27; Claim# 7; Filed: $4,518.27; Reference: | 7100-000 | | 752.72 | 8,350.84 |
| 04/21/10 | 10111 | Chase Bank USA, NA | Dividend paid  16.65% on $10,882.47; Claim# 8; Filed: $10,882.47; Reference: | 7100-000 | | 1,812.97 | 6,537.87 |
| 04/21/10 | 10112 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid  16.65% on $19,439.62; Claim# 9; Filed: $19,439.62; Reference: | 7100-000 | | 3,238.55 | 3,299.32 |
| 04/21/10 | 10113 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid  16.65% on $19,804.41; Claim# 10; Filed: $19,804.41; Reference: | 7100-000 | | 3,299.32 | 0.00 |
| 07/29/10 | 10106 | AMERICAN GENERAL FINANCE | Dividend paid  16.65% on $560.17; Claim# 3; Filed: $1,360.17; Reference: Voided: check issued on 04/21/10 | 7100-000 | | -93.32 | 93.32 |
| 07/29/10 | 10114 | U.S. Bankruptcy Clerk | REISSUED CHECK FROM STALE CHECK PROCESSING Voided on 03/07/11 | 7100-001 | | 93.32 | 0.00 |
| 03/07/11 | 10114 | U.S. Bankruptcy Clerk | REISSUED CHECK FROM STALE CHECK PROCESSING Voided: check issued on 07/29/10 | 7100-001 | | -93.32 | 93.32 |

Subtotals :                    $16,227.62        $16,134.30

Printed: 05/04/2011 02:22 PM     V.12.56

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-72017 | **Trustee:** BRADLEY J. WALLER (330501) |
| **Case Name:** BORG, GERALD E. | **Bank Name:** The Bank of New York Mellon |
| BORG, LYNN M. | **Account:** 9200-******76-66 - Checking Account |
| **Taxpayer ID #:** **-***1286 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/04/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/11 | 10115 | US Bankruptcy Clerk | | 7100-910 | | 93.32 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 16,227.62 | 16,227.62 | $0.00 |
| Less: Bank Transfers | 16,227.62 | 0.00 | |
| **Subtotal** | 0.00 | 16,227.62 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $16,227.62 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****76-65** | 16,643.62 | 416.00 | 0.00 |
| **Checking # ***-*****76-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******76-66** | 0.00 | 16,227.62 | 0.00 |
| | $16,643.62 | $16,643.62 | $0.00 |

{} Asset reference(s)

Printed: 05/04/2011 02:22 PM   V.12.56